IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| EDMUND WOODBURY, individually and on behalf of all others similarly situated,<br><br>   Plaintiffs,<br><br>vs.<br><br>TEMPLETON GLOBAL SMALLER COMPANIES FUND, INC. and TEMPLETON INVESTMENT COUNSEL, LLC,<br><br>   Defendants. | Case No: 05-CV-301 GPM |

### DEFENDANTS' MEMORANDUM IN SUPPORT OF MOTION TO DISMISS THE COMPLAINT : RULE 12(b), FED. R. CIV. P.

Defendants Templeton Global Smaller Companies Fund, Inc. and Templeton Investment Counsel, LLC move to dismiss the Complaint herein on the ground that the Securities Litigation Uniform Standards Act, 15 U.S.C. § 77p(b) and § 78bb(f)(1) ("SLUSA"), bars the maintenance of Plaintiffs' state law claims in any State or Federal Court and, accordingly, they must be dismissed.

### THE LAW

SLUSA, in relevant part, provides:

> No covered class action based upon the statutory or common law of any State or subdivision thereof may be maintained in any State or Federal court by any private party alleging—
>
> (1) an untrue statement or omission of a material fact in connection with the purchase or sale of a covered security; or
>
> (2) that the defendant used or employed any manipulative or deceptive device or contrivance in connection with the purchase or sale of a covered security.

15 U.S.C. § 77p(b) and § 78bb(f)(1).

On April 5, 2005, the Seventh Circuit in Kircher v. Putnam Funds Trust, 2005 WL

757255,[1] held that actions based on allegations identical to those in this action[2] are "covered class actions" and involved a "covered security" within the meaning of SLUSA, and that SLUSA requires that they be dismissed, stating:

> We hold that SLUSA is as broad as § 10(b) itself and that limitations on private rights of action to enforce § 10(b) and Rule 10b-5 do not open the door to litigation about securities transactions under the state law.  <u>Plaintiffs' claims</u> are connected to their own purchases of securities and thus <u>are blocked by SLUSA</u>, whose preemptive effect is not confined to knocking out state-law claims by investors who have *winning* federal claims, as plaintiffs suppose. It covers both good and bad securities claims—*especially* bad ones. The judgments of the district courts are reversed, and <u>the cases are remanded [to the United States District Court] with instructions to undo the remand orders and dismiss plaintiffs' state-law claims</u>. (emphasis supplied)

Under that binding Seventh Circuit authority, this Court should now dismiss this action.

\* \* \*

As to personal jurisdiction, Defendant Templeton Investment Council, LLC adopts the motion filed in the State court, a copy of which was attached to the Notice of Removal as Exhibit C.

## CONCLUSION

The Complaint must be dismissed because SLUSA bars its maintenance in any State or Federal court, including this Court.

Dated:   April 26, 2005

---

[1] A copy of the Opinion is attached as Exhibit A.

[2] A copy of the Complaint in this action is attached to the Notice of Removal as Exhibit B.  A copy of the Complaint in one of the actions involved in <u>Kircher</u> with allegations of wrongdoing identical to those in this action (except for the identities of the defendants), is attached hereto as

        Respectfully submitted,

        Daniel A. Pollack
        Martin I. Kaminsky
        Edward T. McDermott
        Anthony Zaccaria
        POLLACK & KAMINSKY
        114 West 47th Street, Suite 1900
        New York, New York 10036
        (212) 575-4700
        (212) 575-6560 (Facsimile)

        - and -

        ARMSTRONG TEASDALE LLP

        By:  s/ Lisa M. Wood
             Frank N. Gundlach
             Glenn E. Davis
             Lisa M. Wood
             One Metropolitan Square, Suite 2600
             St. Louis, Missouri 63102-2740
             (314) 621-5070
             (314) 621-5065 (Facsimile)

        ATTORNEYS FOR DEFENDANTS
        TEMPLETON GLOBAL SMALLER
        COMPANIES FUND, INC. AND
        TEMPLETON INVESTMENT COUNSEL,
        LLC

---

Exhibit B.

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 26th day of April, 2005, a true and correct copy of the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to the attorneys listed below:

George A. Zelcs, Esq.
KOREIN TILLERY
Three First National Plaza
70 West Madison, Suite 660
Chicago, Illinois  60602

Stephen M. Tillery, Esq.
KOREIN TILLERY
10 Executive Woods Ct.
Swansea, Illinois  62226

ATTORNEYS FOR PLAINTIFFS

The undersigned hereby certifies that on this 26th day of April, 2005, a true and correct copy of the foregoing document was served by first-class mail, postage prepaid, upon the following non-registered participant:

Klint Bruno
LAW OFFICES OF KLINT BRUNO
1131 Lake Street
Oak Park, IL 60301

ATTORNEYS FOR PLAINTIFFS

                                                                     s/ Lisa M. Wood_____