**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
(EAST ST. LOUIS, ILLINOIS)**

| | |
|---|---|
| EDMUND WOODBURY, individually and on behalf of all others similarly situated, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) No. 3:05-CV-00301-GPM ) |
| TEMPLETON GLOBAL SMALLER COMPANIES FUND, INC., a corporation, and TEMPLETON INVESTMENT COUNSEL, LLC, | ) ) ) ) |
| Defendants. | ) ) |

**PLAINTIFF'S MOTION TO REMAND PURSUANT TO 28 U.S.C. § 1447(d)**

1. Plaintiff filed this case in 2003.

2. Defendants removed the case once before, and this Court remanded it to state court in 2004.

3. Nothing has taken place in the litigation which makes it removable again now (nor do defendants contend otherwise). Rather, they contend that the decision in *Kircher v. Putnam Funds*, 403 F.3d 478 (7th Cir. 2005), is an "order" within the meaning of 28 U.S.C. § 1446(b) which made the case removable.

4. As discussed in greater detail in the memorandum accompanying this motion, the *Kircher* decision does not constitute the kind of "order" within the meaning of section 1446(b) which authorizes a second removal. *See Doe v. American Red Cross*, 14 F.3d 196 (3d Cir. 1993).

5. Accordingly, this removal is untimely.

WHEREFORE plaintiff requests that the Court enter an order remanding the case to state court pursuant 28 U.S.C. § 1447(d) for the reason that Defendants' second attempted removal is procedurally defective.

SWEDLOW & KING LLC


By:   s/Robert L. King
    ROBERT L. KING
    701 Market Street, Suite 350
    St. Louis, Missouri 63101
    Telephone: (314) 241-4844
    Facsimile: (314) 241-3525
    E-mail: king@swedlowking.com

    KOREIN TILLERY LLC
    STEPHEN M. TILLERY
    EUGENE BARASH
    10 Executive Woods Court
    Swansea, Illinois 62226
    Telephone: (618) 277-1180
    Facsimile: (314) 241-3525

    KOREIN TILLERY LLC
    GEORGE A. ZELCS
    Three First National Plaza
    70 West Madison, Suite 660
    Chicago, Illinois 60602
    Telephone: (312) 641-9750
    Facsimile: (312) 641-9751
    E-mail: gzelcs@koreintillery.com

    BONNETT, FAIRBOURN,
     FRIEDMAN & BALINT, P.C.
    ANDREW S. FRIEDMAN
    FRANCIS J. BALINT, JR.
    2901 N. Central Avenue, Suite 1000
    Phoenix, AZ 85012
    Telephone: (602) 274-1100
    Facsimile: (602) 274-1199

    ***Attorneys for Plaintiffs and the Class***

## CERTIFICATE OF SERVICE

     The undersigned certifies that service of the foregoing document was made by means of the Notice of Electronic Filing on May 23, 2005 to the following counsel of record:

**Glenn E. Davis**
Armstrong Teasdale
One Metropolitan Square
211 North Broadway, Suite 2600
St. Louis, MO 63102-2740
gdavis@armstrongteasdale.com

**Raymond R. Fournie**
Armstrong Teasdale
 One Metropolitan Square
211 North Broadway, Suite 2600
St. Louis, MO 63102-2740
rfournie@armstrongteasdale.com

**Frank N. Gundlach**
Armstrong Teasdale
One Metropolitan Square
211 North Broadway, Suite 2600
St. Louis, MO 63102-2740
fgundlach@armstrongteasdale.com

**Martin I. Kaminsky**
Pollack & Kaminsky
114 West 47th Street
Suite 1900
New York, NY 10036-8295
mikaminsky@pollacklawfirm.com

**Edward T. McDermott**
Pollack & Kaminsky
114 West 47th Street
Suite 1900
New York, NY 10036-8295
etmcdermott@pollacklawfirm.com

**Daniel A. Pollack**
Pollack & Kaminsky
114 West 47th Street
Suite 1900
New York, NY 10036-8295
dapollack@pollacklawfirm.com

**Jacqueline P. Ulin**
Armstrong Teasdale
 One Metropolitan Square
211 North Broadway, Suite 2600
St. Louis, MO 63102-2740
julin@armstrongteasdale.com

**Lisa M. Wood**
Armstrong Teasdale
One Metropolitan Square
211 North Broadway, Suite 2600
St. Louis, MO 63102-2740
lwood@armstrongteasdale.com

**Anthony Zaccaria**
Pollack & Kaminsky
114 West 47th Street
Suite 1900
New York, NY 10036-8295
212-575-4700
azaccaria@pollacklawfirm.com

                                   s/Robert L. King
                               ROBERT L. KING
                               701 Market Street, Suite 350
                               St. Louis, Missouri 63101
                               Telephone: (314) 241-4844
                               Facsimile: (314) 241-3525
                               E-mail: king@swedlowking.com