# United States Court of Appeals

## For the Seventh Circuit

### Chicago, Illinois 60604
### NOTICE OF ISSUANCE OF MANDATE

DATE:  June 23, 2006

TO:  Norbert G. Jaworski
United States District Court
Southern District of Illinois
Room 142
750 Missouri Avenue
P.O. Box 186
East St. Louis, IL  62202

**FILED**

**JUN 2 6 2006**

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

FROM:  Clerk of the Court

RE:  05-3390, 05-3558, 05-3559 & 05-3586
Bradfisch, Donald v. Templeton Funds Inc
Kwiatkowski, Vince v. Templeton Growth, et al
Woodbury, Edmund v. Templeton Smaller, et al
Parise, Joseph v. Templeton Funds Inc, et al
05 C 298, Michael J. Reagan, Judge
05 C 299, G. Patrick Murphy, Chief Judge
05 C 301, G. Patrick Murphy, Chief Judge
05 C 300, G. Patrick Murphy, Chief Judge

Herewith is the mandate of this court in this appeal, along
with the Bill of Costs, if any.  A certified copy of the
opinion/order of the court and judgment, if any, and any
direction as to costs shall constitute the mandate.

[X] No record filed
[ ] Original record on appeal consisting of:

**ENCLOSED:**                                    **TO BE RETURNED AT LATER DATE:**
[ ]      Volumes of pleadings                    [ ]
[ ]      Volumes of loose pleadings              [ ]
[ ]      Volumes of transcripts                  [ ]
[ ]      Volumes of exhibits                     [ ]
[ ]      Volumes of depositions                  [ ]
[ ]      In Camera material                      [ ]
[ ]      Other_____  [ ]

Record being retained for use                    [ ]
in Appeal No. _____

Copies of this notice sent to:        Counsel of record
[ ]      United States Marshal
[ ]      United States Probation Office

**NOTE TO COUNSEL:**
If any physical and large documentary exhibits have been filed in
the above-entitled cause, they are to be withdrawn ten days from the
date of this notice.  Exhibits not withdrawn during this period will
be disposed of.

Please acknowledge receipt of these documents on the enclosed copy of this notice.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Received above mandate and record, if any, from the Clerk, U.S. Court of Appeals for the Seventh Circuit.

Date: _____

(1071-120397)

**RECEIVED**

JUN 2 6 2006

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

Deputy Clerk, U.S. District Court

# United States Court of Appeals

## For the Seventh Circuit

## Chicago, Illinois 60604

### JUDGMENT- WITHOUT ORAL ARGUMENT

**Date: May 19, 2006**

**BEFORE:**    Honorable FRANK H. EASTERBROOK, Circuit Judge

Honorable KENNETH F. RIPPLE, Circuit Judge

Honorable DIANE P. WOOD, Circuit Judge

| | |
|---|---|
| DONALD BRADFISCH,<br>          Plaintiff-Appellant,<br><br>No. 05-3390                    v.<br><br>TEMPLETON FUNDS, INC. and<br>TEMPLETON GLOBAL ADVISORS LTD.,<br>          Defendants-Appellees. | ] Appeal from the United<br>] States District Court for<br>] the Southern District of<br>] Illinois.<br>]<br>] No. 05 C 298<br>]<br>] Michael J. Reagan,<br>]          Judge.<br>] |
| VINCE KWIATKOWSKI, EDWARD<br>WOODBURY and JOSEPH PARISE, JR.,<br>          Plaintiffs-Appellants,<br><br>Nos. 05-3558, 05-3559 &     v.<br>     05-3586<br><br>TEPMLETON GROWTH FUND INC., et al.,<br>          Defendants-Appellees. | ] Appeals from the United<br>] States District Court for<br>] the Southern District of<br>] Illinois.<br>]<br>] Nos. 05 C 299<br>]        05 C 301<br>]        05 C 300<br>]<br>] G. Patrick Murphy,<br>]          Chief Judge. |

    The judgments of the District Court are AFFIRMED, with costs,
in accordance with the decision of this court entered on this date.


(1060-110393)

A True Copy:
Teste:

Clerk of the United States
Court of Appeals for the

> **UNPUBLISHED ORDER**
> Not to be cited per Circuit Rule 53

# United States Court of Appeals

### For the Seventh Circuit
### Chicago, Illinois 60604

Submitted April 18, 2006
Decided May 19, 2006

### Before

**Hon.** FRANK H. EASTERBROOK, Circuit Judge

**Hon.** KENNETH F. RIPPLE, Circuit Judge

**Hon.** DIANE P. WOOD, Circuit Judge

| | |
|---|---|
| DONALD BRADFISCH,<br>*Plaintiff-Appellant,*<br><br>**No.** 05-3390     v.<br><br>TEMPLETON FUNDS, INC. and TEMPLETON GLOBAL ADVISORS, LTD.,<br>*Defendants-Appellees.* | Appeal from the United States District Court for the Southern District of Illinois.<br><br>No. 05 C 298<br>Michael J. Reagan, *Judge.* |
| VINCE KWIATKOWSKI, EDMUND WOODBURY AND JOSEPH PARISE, JR.,<br>*Plaintiffs-Appellants,*<br><br>**Nos.** 05-3558, 05-3559 &    v.<br>05-3586<br><br>TEMPLETON GROWTH FUND, INC., *et al.*,<br>*Defendants-Appellees.* | Appeals from the United States District Court for the Southern District of Illinois.<br><br>Nos. 05 C 299<br>      05 C 301<br>      05 C 300<br>G. Patrick Murphy, *Chief Judge.* |

### Order

These four appeals are governed by the Supreme Court's decision in *Merrill Lynch, Pierce, Fenner & Smith, Inc. v. Dabit*, 126 S. Ct. 1503 (2006). Although the plaintiffs maintain

that *Dabit* does not control because (in their view) the defendant funds have been negligently managed, they have not sought relief through derivative litigation and therefore cannot take advantage of the exception for that kind of suit in the Securities Litigation Uniform Standards Act of 1998. For direct litigation, labels are not material, as we explained in *Kircher v. Putnam Funds Trust*, 403 F.3d 478 (7th Cir. 2005), cert. granted on other grounds, 126 S. Ct. 969 (2006), a decision that the Supreme Court approved in *Dabit*.

These appeals are not affected by the grant of certiorari in *Kircher*. The Supreme Court limited the writ to a dispute about appellate jurisdiction of appeals by defendants from remand orders under the SLUSA. These defendants did not appeal from the district court's orders in 2004 remanding the suits. They removed again following the decision on the merits in *Kircher*, and the only appeals have been filed by the plaintiffs.

On the authority of *Dabit* and *Kircher*, the judgments are affirmed.